UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X

J & J Sports Productions, Inc.,
As Broadcast Licensee of the
July 16, 2005 Hopkins/Taylor Program,

        Plaintiff,   CV-05-6081 (CPS)

 - against -

              ORDER

Jose Luis Valdez, Individually, and as
officer, director, shareholder and/or
principal of El Sabor Divino Spanish Deli
& Restaurant, Inc. d/b/a Sabor Divino
Bar & Spanish Restaurant, and El Sabor
Divino Spanish Deli & Restaurant, Inc.
d/b/a Sabor Divino Bar & Spanish
Restaurant,

        Defendants.
-------------------------------------------X

  No objections to the Report and Recommendation of Magistrate Judge Reyes dated June 27, 2006, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by August 2, 2006, a revised proposed default judgment consistent with Magistrate Judge Reyes' Report and Recommendation.

  The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

  SO ORDERED.

Dated :  Brooklyn, New York
     July 19, 2006

                   United States District Judge